In re ESTATE of Frank G. HAGMANN, Deceased.

Veronica E. ADSHEAD, Executrix, Petitioner-Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.

No. 73-3647

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

April 10, 1974.

Russell L. Forkey, Fort Lauderdale, Fla., for petitioner-appellant.

Scott P. Crampton, Asst. Atty. Gen., Tax Div., Dept. of Justice, Meade Whitaker, Chief Counsel, Lawrence B. Gibbs, Acting Chief Counsel, Stephen M. Friedberg, Atty., I. R. S., Meyer Rothwacks, Chief, Appellate Section, Loring W. Post, Murray S. Horwitz, Attys., Tax Div., Dept. of Justice, Washington, D. C., for respondent-appellee.

Before BELL, SIMPSON and MORGAN, Circuit Judges.

PER CURIAM:

On consideration of the briefs and records, including the stipulation of facts, filed in the above-styled appeal, and the opinion of the Tax Court filed on June 25, 1973, 60 T.C. 465, we affirm the judgment of the Tax Court.

Affirmed.

* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

■

NATIONAL LABOR RELATIONS BOARD, Petitioner-Cross Respondent,

v.

BOGART SPORTSWEAR MFG. CO., INC., Respondent,

International Ladies' Garment Workers Union, Intervenor-Cross Petitioner.

No. 72-2211.

United States Court of Appeals, Fifth Circuit.

April 15, 1974.

Rehearing Denied June 7, 1974.

Marcel Mallet-Prevost, Asst. General Counsel, N.L.R.B., Washington, D. C., Elmer P. Davis, Director, Region 16, N.L.R.B., Fort Worth, Tex., William R. Stewart, Washington, D. C., for petitioner.

G. William Baab, Dallas, Tex., for International Ladies' Garment Workers Union.

Harold E. Mueller, Karl H. Mueller, Fort Worth, Tex., for respondent.

Before AINSWORTH, GODBOLD and CLARK, Circuit Judges.

PER CURIAM:

Pursuant to the mandate of this court in NLRB v. Bogart Sportswear Mfg. Co., Inc., 485 F.2d 1203 (C.A.5, 1973), the Board has amended its order and, as so amended, it is enforced.